MULTI–FAMILY COUNCIL OF SOUTH-
EASTERN PENNSYLVANIA and
Chancellor Associates, individually and
on behalf of all other similarly situated
individuals and/or business entities hav-
ing financial interest in rental residen-
tial real estate in the City of Philadel-
phia,

v.

The MUNICIPAL COURT OF the CITY
OF PHILADELPHIA and Glancey, Hon-
orable Joseph R. President Judge of the
Philadelphia Municipal Court and Scal-
ly, III, Bernard A. Court Administrator
of the Philadelphia Municipal Court and
the Court of Common Pleas of Philadel-
phia and Bradley, Honorable Edward J.
President Judge of the Court of Com-
mon Pleas and Gelfand, Honorable Eu-
gene Judge-Motion Court and Savitt,
Honorable David N. Judge—Philadel-
phia Common Pleas Court Administra-
tor and Petitt, Jr., Esquire, John J.
Court of Common Pleas Prothonotary
Tenant Action Group, Intervening De-
fendant,

Multi-Family Council of Southeastern
Pennsylvania, and Chancellor
Associates, Appellants.

No. 82–1211.

United States Court of Appeals,
Third Circuit.

Submitted Under Third Circuit Rule 12(6)
Sept. 28, 1982.

Decided Oct. 8, 1982.

Robert R. Guzzardi, Richard M. Tiger,
Philadelphia, Pa., for appellants.

* Honorable H. Curtis Meanor, of the United
States District Court for the District of New

Alan J. Davis, City Sol., Stephen Bosch,
Deputy City Sol., Philadelphia, Pa., for ap-
pellees, The Municipal Court of the City of
Philadelphia, et al.

Stephen P. Ulan, George D. Gould, Com-
munity Legal Services, Inc., Philadelphia,
Pa., for appellee, Tenant Action Group.

Before ALDISERT and HIGGINBOT-
HAM, Circuit Judges, and MEANOR,* Dis-
trict Judge.

## OPINION OF THE COURT

PER CURIAM.

This appeal from the district court's dis-
missal of a claim for damages and injunc-
tive and declaratory relief under 42 U.S.C.
§ 1983 requires us to consider whether the
complaint stated a claim upon which relief
could be granted. Plaintiff-appellants are
landlords who alleged that the Philadelphia
courts' failure to give priority to processing
eviction claims was an abridgment of the
landlords' rights to due process. After con-
sidering all of appellants' contentions, we
endorse the reasoning and conclusions ex-
pressed by the Honorable Louis H. Pollak in
his opinion in *Multi-Family Council v. Mu-
nicipal Court,* 541 F.Supp. 139 (E.D.Pa.
1982).

Accordingly, the judgment of the district
court will be affirmed.